**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VALERIE F. TOLSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

Plaintiff, VALERIE F. TOLSON, by and through her attorneys, The Coffey Law Office, P.C., complains of Defendant, CITY OF CHICAGO, as follows:

**Nature of Case**

1. Plaintiff brings this action against Defendants to recover damages proximately caused by Defendant's discriminatory termination of her employment in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq. ("Title VII"), and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.* (the "ADEA").

**Jurisdiction and Venue**

2. This Court has original jurisdiction over Plaintiff's claims under 28 U.S.C. § 1331, and 28 U.S.C. § 1343, and under Section 7(b) of the ADEA (29 U.S.C. § 626(b)), and 29 U.S.C. § 1337.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 and 42 U.S.C. § 2000e-5(f)(3) because Defendant's illegal acts complained of herein took place at

Defendant's offices located within the geographical jurisdictional boundaries of this Court.

4. On November 10, 2011, Plaintiff Valerie F. Tolson (hereafter "Valerie") filed a timely charge of illegal race discrimination in violation of Title VII, and age discrimination in violation of the ADEA with the local district office of the EEOC. On April 17, 2012, the EEOC issued its Notice of Right to Sue to Valerie, a copy of which is attached hereto.

**The Parties**

5. Valerie is an African-American female, born December 26, 1956. At all times relevant to this Complaint, Valerie has resided in the City of Chicago, Cook County, Illinois.

6. At all times relevant hereto, Defendant City of Chicago (hereafter "Chicago"), is a municipal corporation organized under the laws of the State of Illinois, and located in Cook County, Illinois. Chicago employees in excess of 500 workers, and is thus an "employer" within the meaning of Title VII and the ADEA.

**Common Facts**

7. In February 2008, Valerie began her employment with Chicago in the position of Senior Budget Analyst in Chicago's Office of Budget and Management.

8. At all relevant times, Valerie's work performance met or exceeded Chicago's legitimate expectations.

9. On or about October 24, 2011, Chicago terminated Valerie's employment.

10. Defendant's asserted reason or reasons for terminating Valerie's employment is a pretext to hide its true race and/or age motivation for such decision.

11. On information and belief, Chicago replaced Valerie with a significantly younger, non-African American employee

**Count I: Race Discrimination in Violation of Title VII**

12. Valerie realleges and reaffirms the allegations of paragraphs 1 through 11, above, and sets them forth as paragraph 12, *in haec verba*.

13. Title VII makes it illegal for an employer such as Chicago to discriminate against any individual in the terms, conditions or privileges of employment on the basis of his or her race.

14. Chicago terminated Valerie's employment because of her race in violation of Title VII.

15. Chicago has treated similarly-situated, non-African American employees more favorably than Valerie.

16. As a direct and proximate result of Chicago's illegal race discrimination as described above, Valerie has suffered mental and physical pain and anguish, a loss of wages, including, but not limited to, salary, bonuses, a loss of employment benefits and other pecuniary and non-pecuniary damages.

17. Chicago knew that its acts as described above were prohibited by Title VII, or acted with reckless disregard to that possibility.

## Count II: Age Discrimination in Violation of the ADEA

18. Valerie reallege and reaffirm the allegations of paragraphs 1 through 11, above, and sets them forth as paragraph 18 of Count II, *in haec verba*.

19. The ADEA makes it illegal for an employer such as Chicago to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's age. See 29 U.S.C. § 623(a).

20. Chicago terminated Valerie's employment because of her age in violation of the ADEA.

21. Chicago has treated similarly-situated, significantly younger employees more favorably than Valerie.

22. As a direct and proximate result of Chicago's illegal age discrimination as described above, Valerie has suffered mental and physical pain and anguish, a loss of wages, including, but not limited to, salary, bonuses, a loss of employment benefits and other pecuniary and non-pecuniary damages.

23. Chicago knew that its acts as described above were prohibited by the ADEA, or acted with reckless disregard to that possibility.

## Prayer for Relief Common to All Counts

**WHEREFORE**, Plaintiff, VALERIE F. TOLSON, respectfully prays unto this Honorable Court to enter judgment against Defendant CITY OF CHICAGO as follows:

A. Order Defendant to make Valerie whole by paying her appropriate back pay and reimbursement for lost pension, social security and other benefits and out-of-pocket expenses, plus pre-judgment interest in an amount to be shown at trial;

B. Order Defendant to pay Valerie an equal amount to A., above, as and for liquidated damages under the ADEA;

B. Order Defendant to immediately reinstate Valerie to her former position or one comparable thereto; or, in the alternative, order Defendant to pay Valerie an appropriate amount of front pay;

C. Order Defendant to pay Valerie compensatory damages in the maximum amount allowable under the law;

D. Order Defendant to pay Valerie's costs incurred in bringing this action, including, but not limited to, expert witness fees and reasonable attorneys' fees;

E Try all issues of fact to a jury; and,

F. Grant such other relief as the Court deems just.

Respectfully submitted,
Plaintiff, VALERIE F. TOLSON,

By: /s/ Timothy J. Coffey

Timothy J. Coffey, Esq.
THE COFFEY LAW OFFICE, P.C.
Attorneys for VALERIE F. TOLSON
351 W. Hubbard Street, Suite 602
Chicago, IL 60654
(312) 627-9700